UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ERIE INSURANCE COMPANY a/s/o CHAIM
GELBMAN and DROR L'CHOL YOSHVEHO LLC,

                Plaintiff,

                              CIVIL CASE NO.

  vs.

                              RULE 7.1 STATEMENT

BROAN-NUTONE, LLC,

                Defendant.
----------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Broan-Nutone LLC (a private, non-governmental party), certifies that Nortek, Inc., 50 Kennedy Plaza, Providence, Rhode Island 02903, is the parent company of Broan-Nutone. Nortek, Inc.'s stock is publicly traded.

Dated: New York, New York
       June 28, 2016

                                        LYNCH ROWIN LLP
                                        *Attorneys for Broan-Nutone LLC*

                                        By: _____
                                             Thomas P. Lynch
                                             30 Vesey Street, 8th Floor
                                             New York, New York 10007
                                             Telephone: (212) 682-4001

Facsimile: (646)688-3616
<tlynch@lynchrowin.com>

TO: SHEPS LAW GROUP
25 High Street
Huntington, New York 11743
(631)249-5600
Attorneys for Plaintiff