UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ERIE INSURANCE COMPANY a/s/o CHAIM
GELBMAN and DROR L'CHOL YOSHVEHO LLC,

                          Plaintiff,

                                              CIVIL CASE NO.

               vs.                          NOTICE OF REMOVAL
                                              (Jury Trial Demanded)
                                              Rockland County
                                              State Court
                                              Index No.: 032022/16

BROAN-NUTONE, LLC,

                          Defendant.
----------------------------------------x

      Defendant Broan-Nutone, LLC ("Broan-Nutone"), by its attorneys, Lynch Rowin LLP, hereby gives notice of the removal of this action from the Supreme Court of the State of New York, County of Rockland, to the United States District Court for the Southern District of New York and alleges as follows:

      1.      Plaintiff Erie Insurance Company is a Pennsylvania corporation with its principal place of business at 100 Erie Insurance Place, Erie, PA 16530.

      2.      Broan-Nutone is a Delaware corporation with its principal place of business at 926 W. State Street, Hartford, WI 53027. Broan-Nutone was served with the summons and complaint (annexed hereto as Exhibit A) on June 20, 2016.

      3.      Nortec, Inc., is the sole member/owner of Broan-Nutone. Nortec, Inc. is a Delaware corporation with its principal place of business at 50 Kennedy Plaza,

Providence, Rhode Island 02903.

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332 (a)(1), and Local Civil Rule 81.1, in that there is diversity of citizenship and plaintiff is claiming damages in excess of $75,000, exclusive of interests and costs.

5. This action may be removed pursuant to 28 U.S.C. § 1441(b), in that this Court has original jurisdiction of this action and no defendant or plaintiff is a citizen of New York.

6. The date of this notice is within 30 days of the date of plaintiff's service of the summons and complaint.

Dated: New York, New York
 June 28, 2016

LYNCH ROWIN LLP
*Attorneys forBroan-Nutone LLC*

By: _____
 Thomas P. Lynch
30 Vesey Street, 8th Floor
New York, New York 10007
Telephone: (212) 682-4001
Facsimile: (646)688-3616
tlynch@lynchrowin.com

TO: SHEPS LAW GROUP
 25 High Street
 Huntington, New York 11743
 (631)249-5600
 Attorneys for Plaintiff